UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

**FILED - GR**
January 28, 2026 1:21 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JU / 1-28

**1:26-cv-315**
Robert J. Jonker - U.S. District Judge

Eryne W. Clark Jr.,                            Plaintiff,


v.


Patrick VanDommelen, Chief of Police, Muskegon Township Police Department, individually,

Carrie Westbrook, Clerk / FOIA Coordinator, Muskegon Charter Township, individually,

Jennifer Hodges, Township Supervisor, Muskegon Charter Township, individually,

Tarah Workman, Police Clerk, Muskegon Township Police Department, individually,

Chris Stoddard, Sergeant, Muskegon Township Police Department, individually,

Chad Petersen, Property / Evidence Manager, Muskegon Township Police Department, individually,

Gary Cheatum, Corporal, Muskegon Township Police Department, individually,
Defendants.


COMPLAINT AND JURY DEMAND


I. JURISDICTION AND VENUE


1. This action arises under 42 U.S.C. § 1983.

2. Jurisdiction is proper under 28 U.S.C. § 1331.

3. Venue is proper in the Western District of Michigan.

## II. PARTIES

4. Plaintiff Eryne W. Clark Jr. is a resident of Muskegon County, Michigan.

5. At all relevant times, Defendants acted under color of state law.

## III. FACTUAL ALLEGATIONS

6. On September 9, 2025, Incident Report MT2505869 was generated.

7. Plaintiff identified material factual inaccuracies in the report.

8. Body-worn camera footage and metadata later confirmed those inaccuracies.

9. Defendants falsely represented that no records existed.

## IV. CLAIMS FOR RELIEF

COUNT I – Denial of Access to Courts (Fourteenth Amendment)

10. Defendants obstructed Plaintiff's access to the courts by concealing and misrepresenting evidence.

COUNT II – Retaliation (First Amendment)

11. Defendants retaliated against Plaintiff for engaging in protected activity.

## V. RELIEF REQUESTED

Plaintiff seeks compensatory damages, punitive damages against individual defendants,

declaratory relief, costs, and any other relief the Court deems just.


VI. JURY DEMAND


Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,

*Eryne W Clark Jr*

*01-26-2026*

Eryne W. Clark Jr.

2214 W. Giles Rd.

Muskegon, MI 49445

(231) 730-3573

a94fat1@gmail.com

Eryne W. Clark
2214 W. Giles rd.
Muskegon, Mi 49445

**CERTIFIED MAIL**



9589 0710 5270 2003 8367 99

*Retail*

 

49503

**RDC 99**

U.S. POSTAGE PAID
FCM LG ENV
MUSKEGON, MI 49445
JAN 26, 2026

**$12.14**

S2324A501955-81

Clerk of the Court
U.S. District Court
Western district of Michigan
399 Federal Bldg.
110 Michigan St. NW
Grand Rapids, Mi
49503